## STATE OF CONNECTICUT *v.* MICHAEL C. STORY

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 733 (AC 17763), is denied.

BERDON, J., dissenting. I would grant certification to appeal on the following issue: Did the Appellate Court correctly sustain the trial court's denial of the motion to suppress? See the well reasoned dissenting opinion of Judge Hennessy in *State* v. *Story,* 53 Conn. App. 733, 741, 732 A.2d 785 (1999).

NORCOTT, J., did not participate in the consideration or decision of this petition.

*M. Donald Cardwell,* in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided September 29, 1999